THE STATE OF KANSAS, *Appellant*, v. THE MONARCH PORTLAND CEMENT COMPANY, *Appellee*.

No. 17,086.

Appeal from Labette district court. Opinion filed November 5, 1910. Reversed.

*Fred S. Jackson*, attorney-general, *John Marshall*, assistant attorney-general, *Charles D. Shukers*, special assistant attorney-general, and *M. E. Williams*, county attorney, for the appellant.

*Charles H. Apt*, and *William Keith*, for the appellee.

*Per Curiam:* The questions raised in this case are substantially the same as those already disposed of in *The State v. Lumber Co.*, ante, p. 399. Upon the authority of that case the judgment here is reversed and the cause remanded for further proceedings.

---

WILLIAM BRADY, *Appellant*, v. THE CHEROKEE AND PITTSBURG COAL AND MINING COMPANY, *Appellee*.

No. 17,343.

Appeal from Crawford district court. Opinion filed November 1, 1910. Motion to strike out abstract allowed in part.

*O. T. Boaz*, and *F. R. Wheeler*, for the appellant.

*William R. Smith*, and *D. H. Woolley*, for the appellee.

*Per Curiam:* The entire paragraph beginning on page 10 of the appellant's abstract with the words "By reason of the fact," etc., is stricken out as argumentative and as stating conclusions from the evidence instead of the substance of the evidence itself.

On page 14 of the abstract the sentence beginning "The evidence conclusively shows," etc., is stricken out as stating a conclusion instead of the substance of the evidence.

Leave is granted the appellant to abstract the testimony relating to these subjects, indicating the witnesses by whom the various portions were given.